**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BARBARA BARHAM**                                              **PLAINTIFF**

v                        **4:03CV00785-WRW**

**RELIANCE STANDARD LIFE INSURANCE
COMPANY**                                              **DEFENDANT**

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

Plaintiff, Barbara Barham, and Defendant, Reliance Standard Life Insurance Company, having filed a stipulation of dismissal of this case with prejudice, the Court hereby dismisses this case with prejudice.

IT IS SO ORDERED this 6th day of December, 2006.

                                                      /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE

Prepared by:

<u>/s/ L. Oneal Sutter (with permission)</u>
L. Oneal Sutter, Ark. Bar No. 95031
HARRILL & SUTTER, PLLC
310 Natural Resources Drive
Post Office Box 21098
Little Rock, Arkansas 72221
(501) 224-1050
*Attorneys for Plaintiff*

<u>/s/ Ginger C. Hyneman</u>
Ginger C. Hyneman, Ark. Bar No. 2000160
QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
4100 Corporate Center Drive, Suite 310
(479) 444-5200
*Attorneys for Reliance Standard Life
Insurance Company*